IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DAUGHERTY, | ) | |
| | ) | |
| Plaintiff | ) | Case No.:1:05 CV 2787 |
| | ) | |
| vs. | ) | Judge Patricia A. Gaughan |
| | ) | |
| SAJAR PLASTICS, INC. | ) | |
| | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| Defendant | ) | |
| | ) | |

Upon stipulation of the Plaintiff James Daugherty and Defendant Sajar Plastics, Inc. this Court hereby dismisses with prejudice all of Plaintiff's claims set forth in Plaintiff's Complaint.

IT IS SO ORDERED, ADJUDGED AND DECREED.

/s/ Patricia A. Gaughan
JUDGE PATRICIA A. GAUGHAN

3/16/09
(Date)

Submitted By:

/s/ Richard N. Selby, II
Richard N. Selby, II (#0059996)
Dworken & Bernstein
60 South Park Place
Painesville, OH 44077
(440) 352-3391

*Attorney for Plaintiff James Daugherty*


/s/ Eric J. Johnson, Esq.
Eric J. Johnson, Esq.
Walter & Haverfield LLP
The Tower at Erieview
1301 E. Ninth Street, Ste. 3500
Cleveland, OH 44114

*Attorney for Defendant Sajar Plastics, Inc.*